# United States District Court
## Southern District of Georgia

TRAYVON KAREEM LANDY,

                Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV420-001

DR. MOYSE, et al.,

                Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that pursuant to the Order of this Court dated March 25, 2022, this case is dismissed without prejudice. This case stands closed.

| | |
|---|---|
| 3/25/2022 | John E. Triplett, Clerk of Court |
| *Date* | *Clerk* |
| | *(signature)* |
| | *(By) Deputy Clerk* |